# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00389-CV

**Megan Moore, Appellant**

**v.**

**Oscar Reyes, Appellee**

**FROM THE 169TH DISTRICT COURT OF BELL COUNTY, NO. 21DFAM328842
THE HONORABLE CARI L. STARRITT-BURNETT, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

The clerk's record in this appeal was due for filing in this Court on September 13, 2024. On September 17, 2024, we notified appellant that no clerk's record had been filed due to her failure to pay or make arrangements to pay the trial clerk's fee for preparing the clerk's record. The notice requested that appellant make arrangements for the clerk's record and submit a status report regarding this appeal by September 27, 2024. Further, the notice advised appellant that her failure to comply with this request could result in the dismissal of the appeal for want of prosecution. To date, appellant has not filed a status report or otherwise responded to this Court's notice, and the clerk's record has not been filed.

If a trial-court clerk fails to file the clerk's record due to an appellant's failure to pay or make arrangements to pay for the clerk's fee for preparing the record, the appellate court may dismiss the appeal for want of prosecution unless the appellant was entitled to proceed

without payment of costs. Tex. R. App. P. 37.3(b). In this case, appellant has not established that she is entitled to proceed without payment of costs. *See* Tex. R. Civ. P. 145. Because appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the clerk's record, this appeal is dismissed for want of prosecution.

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Triana, and Kelly

Dismissed for Want of Prosecution

Filed:   October 3, 2024